UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

THE UNITED STATES OF AMERICA
*for the use and benefit of*
BUTT CONSTRUCTION COMPANY, INC., and
BUTT CONSTRUCTION COMPANY, INC.,

                          Plaintiffs,

    v.

OLD REPUBLIC INSURANCE COMPANY, and
DANNY THOMPSON INC.,

                          Defendants.

Civil Action No.: 1:19-cv-01222-GWC

---

## REQUEST FOR ENTRY OF DEFAULT
## JUDGMENT FOR SUM CERTAIN

      Plaintiff, BUTT CONSTRUCTION COMPANY, INC., requests that the Clerk of Court enter Judgment by Default against Defendant, DANNY THOMPSON INC., pursuant to Federal Rule of Civil Procedure 55(b)(1) and Local Rule of Civil Procedure 55(a). In support of this request Plaintiff relies upon the record in this case and the statement of amount due and affidavit submitted herein.

Dated: Buffalo, New York
       October 28, 2019

                          RUPP BAASE PFALZGRAF CUNNINGHAM LLC
                          Attorneys for Plaintiff

                          By: _____
                             Geffrey Gismondi, Esq.
                          1600 Liberty Building
                          Buffalo, New York 14202
                          (716) 854-3400
                          gismondi@ruppbaase.com