UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

THE UNITED STATES OF AMERICA
*for the use and benefit of*
BUTT CONSTRUCTION COMPANY, INC., and
BUTT CONSTRUCTION COMPANY, INC.,

                                 Plaintiffs,

        v.

OLD REPUBLIC INSURANCE COMPANY, and
DANNY THOMPSON INC.,

                              Defendants.

Civil Action No.: 1:19-cv-01222-GWC

### JUDGMENT FOR SUM CERTAIN
### BY DEFAULT

        Defendant, DANNY THOMPSON INC., was served with the Summons and Complaint in this action on or about September 20, 2019 and the time for defendant to appear, answer or move against the Complaint has expired without an appearance by defendant; accordingly, pursuant to Rule 55(b)(1) of the Federal Rules of Civil Procedure and Rule 55 of the Local Rules of Practice of the United States District Court for the Western District of New York, it is hereby

        ADJUDGED that the plaintiff(s), BUTT CONSTRUCTION COMPANY, INC., recover from the defendant DANNY THOMPSON INC. the sum of $143,548.74, the amount claimed plus interest of $10,156.93, amounting in all to $153,705.67, plus interest on the judgment at the legal rate until the judgment is satisfied, and that the plaintiff have execution therefore.

                              **Mary C. Loewenguth**, Clerk of Court
                              United States District Court
                              Western District of New York

JUDGMENT ENTERED THIS ___ DAY OF _____, 2019.