UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
THE UNITED STATES OF AMERICA
*for the use and benefit of*
BUTT CONSTRUCTION COMPANY, INC., and
BUTT CONSTRUCTION COMPANY, INC.,

                    Plaintiffs,

   - against -

OLD REPUBLIC INSURANCE COMPANY, and
DANNY THOMPSON, INC.,

                    Defendants.
-----------------------------------------------------------X

**STIPULATION OF DISMISSAL**

Civil Action No.: 19-cv-1222-GWC

**IT IS HEREBY STIPULATED AND AGREED** by and between the undersigned that, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, this action is dismissed as to defendant Old Republic Insurance Company with prejudice and on the merits, without costs or fees, and as to defendant Danny Thompson, Inc., without prejudice and without costs or fees.

Dated: November 9, 2022

| | |
|---|---|
| **RUPP BAASE PFALZGRAF CUNNINGHAM LLC**<br>Attorneys for Plaintiffs<br><br>By: _____<br>      Jacob J. Honan<br><br>1600 Liberty Building<br>Buffalo, New York 14202<br>(716) 854-3400<br>honan@ruppbaase.com | **CHIESA SHAHINIAN & GIANTOMASI PC**<br>Attorneys for Defendant<br>*Old Republic Insurance Company*<br><br>By: _____<br>      Adam P. Friedman<br><br>11 Times Square, 34th Floor<br>New York, New York 10036<br>(212) 973-0572<br>afriedman@csglaw.com |

**(continued)**

**ROSCETTI & DECASTRO, P.C.**
Attorneys for Defendant
*Danny Thompson, Inc.*

By: _____/s/ James Roscetti_____
  James C. Roscetti

730 Main Street
Niagara Falls, New York 14301
(716) 282-1242
jcroscetti@gmail.com